IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) JOEL RIVERA-ALEJANDRO<br>2) CARLOS RIVERA-ALEJANDRO<br>3) ALEXIS RIVERA-ALEJANDRO<br>4) ANGEL BETANCOURT-RIVERA<br>5) ROBERTO C. FONTANEZ-VEGA<br>6) ABIMAEL SERRANO-FIGUEROA<br>7) CARLOS E. RIVERA-RIVERA<br>**8) ISMAEL RIVERA-SANTOS** a/k/a Junito a/k/a Jun Jun a/k/a  Ismael Rivera-Maldonado<br>9) JOSE GARCIA-RODRIGUEZ<br>10) CARLOS GONZALEZ-FRANCO<br>11) NATHANAEL RUIZ-ORTEGA<br>12) ANGEL LOPEZ-MALDONADO<br>13) JOSE RIVERA-SIERRA<br>14) JUAN RIVERA-GEORGE<br>15) JULIO ALEXIS ORTIZ-BERRIOS<br>16) CARLOS A. RIVERA-RIVERA<br>17) MIGUEL ANGEL VEGA-DELGADO<br>18) VALERIE RIVERA-DEYA<br>19) SUANETTE RAMOS-GONZALEZ<br>20) JOSE L. FIGUEROA-CAMILO<br>21) ROSARIO RIVERA-GUZMAN<br>22) JAIME LOPEZ-CANALES<br>23) JUAN GONZALEZ-RAMOS<br>24) HECTOR RIVERA-BETANCOURT<br>25) ANGEL LUIS BETANCOURT-ORTIZ<br>26) RICARDO BETANCOURT-ORTIZ<br>27) JOSE LUIS DIAZ-FIGUEROA<br>28) JUAN GARCIA-RODRIGUEZ<br>29) LUIS X. RIVERA-RIVERA<br>30) JOSE TRINIDAD-PAGAN<br>31) EDGARDO RUIZ-TORRES<br>32) BIENVENIDO LOPEZ-CRUZ<br>33) JOSE E. PENA-MARTINEZ<br>34) RAUL TORRES-SANTANA<br>35) DAVID A. BULTRON-FLORES<br>36) KAREN LISBETH FIGUEROA-GALLARTUA<br>37) JORGE L. CRUZ-MALDONADO<br>38) JOSE L. TORRES-AGOSTO<br>39) VICTOR CASTRO-RODRIGUEZ<br>40) OSVALDO PEREZ<br>41) JUAN GABRIEL DE LA CRUZ-GUZMAN | CRIMINAL 09-0165CCC |

CRIMINAL 09-0165CCC                    2

42) ROBERTO BRUNO-DIAZ
43) LUIS E. SANCHEZ-ENCARNACION
44) JONATHAN CARRASQUILLO-COLON
45) NOEL RODRIGUEZ-ADORNO
46) ADDIER ENCARNACION-CRUZ
47) IDALIA MALDONADO-PENA
48) JAIME RIVERA-NIEVES
49) DOLORES ALEJANDRO
50) MANUEL ANTONIO FERRER-HADDOCK
51) RUBEN DELGADO-MALDONADO
52) MARLENIS CARRASQUILLO-QUIÑONES
53) ANGEL LUIS RIVERA-RIVERA
54) HECTOR ORTIZ-MARQUEZ
55) RAMON RODRIGUEZ-IDELFONSO

Defendants

# O R D E R

Having considered the Report and Recommendation filed on July 19, 2011 (**docket entry 1669**) on a Rule 11 proceeding of co-defendant Ismael Rivera-Santos (8) held before U.S. Magistrate Judge Bruce J. McGiverin on July 18, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of co-defendant Ismael Rivera-Santos (8) is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 18, 2011. The **sentencing hearing is set for October 18, 2011 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on August 8, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge